**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ONASSIS NOVICIO TAGUNICAR,

      Plaintiff,

  v.

WASHINGTON MUTUAL INC., and
DOES 1–10, inclusive,

      Defendants.

                            /

No. C 08-03691 WHA

RELATED CASES

08-cv-03694-WHA
08-cv-03693-WHA
08-cv-03692-WHA

**ORDER RE STATUS OF CASE**

      The Court has received Washington Mutual's notice of automatic stay.  For the time being, the case will go forward as to all other defendants and the status of the case will be discussed at the upcoming case management conference.

      **IT IS SO ORDERED.**

Dated: October 8, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE