**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ONASSIS NOVICIO TAGUNICAR,

        Plaintiff,

  v.

WASHINGTON MUTUAL INC., and
DOES 1–10, inclusive,

        Defendants.

_____/

No. C 08-03691 WHA

RELATED CASES

08-cv-03694-WHA
08-cv-03693-WHA
08-cv-03692-WHA

**ORDER STAYING CASE**

On October 8, the Court issued an order staying this case only with respect to defendant

Washington Mutual, Inc.  Plaintiffs' counsel then left a voice mail with the Court representing

that there were no other defendants in this action besides Washington Mutual.  Accordingly,

this entire action is hereby STAYED.  A case management conference will be held on **MAY 7,**

**2008, AT 11PM**, to update the Court as to the status of the case.  Please do not attempt to vacate

or continue the case management conference as it will aid in keeping this case on track.


     **IT IS SO ORDERED.**


Dated: October 15, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE