**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JOSE ONASSIS NOVICIO TAGUNICAR,          No. C 08-03691 WHA
11               Plaintiff,                    Related to
12     v.                                      No. C08-03692 WHA
                                               No. C08-03693 WHA
13   WASHINGTON MUTUAL INC., and               No. C08-03694 WHA
     DOES 1–10, inclusive,
14                                             **AMENDED ORDER**
15               Defendants.                   **STAYING CASE**
     _____/
16
17        On October 8, the Court issued an order staying this case only with respect to defendant

18   Washington Mutual, Inc.  Plaintiffs' counsel then left a voice mail with the Court representing

19   that there were no other defendants in this action besides Washington Mutual.  Accordingly,

20   this entire action is hereby **STAYED**.  A case management conference will be held on *MAY 7,*

21   *2009, AT 11:00 A.M.*, to update the Court as to the status of the case.  Please do not attempt to

22   vacate or continue the case management conference as it will aid in keeping this case on track.

23
24        **IT IS SO ORDERED.**
25
26   Dated:  October 24, 2008.
                                               _____
27                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
28