**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   JOSE ONASSIS NOVICIO TAGUNICAR,                No. C 08-03691 WHA

11              Plaintiff,                          Related to:

12      v.                                          No. C08-3692 WHA
                                                    No. C08-03693 WHA
13   WASHINGTON MUTUAL INC., and                    No. C08-03694 WHA
     DOES 1–10, inclusive,
14                                                  **ORDER SETTING FURTHER**
15              Defendants.                         **CASE MANAGEMENT**
                                                    **CONFERENCE**
     _____/
16

17       The Court **SETS** a further case management conference for **MARCH 4, 2010, AT**

18   **11:00 A.M.**  Please file a joint case management statement at least seven days prior.

19
20       **IT IS SO ORDERED.**
21
22   Dated:  May 7, 2009.

23                                                  _____
                                                    WILLIAM ALSUP
24                                                  UNITED STATES DISTRICT JUDGE
25
26
27
28