IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ONASSIS NOVICIO TAGUNICAR, | No. C 08-03691 WHA |
| Plaintiff, | Related to: |
| v. | No. C08-3692 WHA |
| WASHINGTON MUTUAL INC., and DOES 1–10, inclusive, | No. C08-03693 WHA<br>No. C08-03694 WHA |
| Defendants. | **ORDER STAYING CASE** |

This matter remains **STAYED** due to the bankruptcy action.

A case management conference is set for **NOVEMBER 3, 2011, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: May 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE