**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ONASSIS NOVICIO TAGUNICAR,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL INC., and DOES 1–10, inclusive,<br><br>Defendants.<br>_____/ | No. C 08-03691 WHA<br><br>Related to:<br><br>No. C 08-03692 WHA<br>No. C 08-03693 WHA<br>No. C 08-03694 WHA<br><br>**ORDER STAYING CASE AND SETTING CASE MANAGEMENT CONFERENCE** |

This case remains **STAYED** until the further case management conference on **JUNE 28, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: November 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE