IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ONASSIS NOVICIO TAGUNICAR, | No. C 08-03691 WHA |
| Plaintiff, | Related to: |
| v. | No. C08-03692 WHA |
| WASHINGTON MUTUAL INC., and DOES 1--10, inclusive, | No. C08-03693 WHA<br>No. C08-03694 WHA |
| Defendants. | **ORDER TO SHOW CAUSE** |

The Court hereby issues an **ORDER TO SHOW CAUSE** why this case should not be dismissed in light of the bankruptcy proceedings. The parties must show cause whether there is no scenario by which this case could come back to life in light of the bankruptcy. Please respond by **NOVEMBER 1, 2012**.

There will be a further case management conference on **NOVEMBER 8, 2012, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE